Jacob AUER v. Raymond James NITKEY et al.

No. 8465.

Circuit Court of Appeals, Sixth Circuit.

Nov. 16, 1939.

Kieran P. O'Gallagher, of Chicago, Ill., for appellant.

George E. Alcorn, of Dayton, Ohio, for appellees.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

It is ordered that the motion of the Guardian Securities Company and the S. T. McKnight Company for leave to file motion to dismiss herein be and the same is granted.

It is further ordered that said motion to dismiss appeal be and the same is granted and the appeal is hereby dismissed.

Leo A. BALZEREIT and Rosa Ida Schwelker, Guardians of the Estate of George H. Balzereit, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7071.

Circuit Court of Appeals, Third Circuit.

Nov. 21, 1939.

Rehearing Denied Jan. 16, 1940.

Edwin Hall, 2nd, Harry J. Alker, Jr., and Isadore Stern, all of Philadelphia, Pa., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Helen R. Carloss, and S. Dee Hanson, Sp. Assts. to Atty. Gen., for respondent.

Before MARIS, CLARK, and JONES, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals, 38 B.T.A. 345, is affirmed for the reasons satisfactorily set forth in its memorandum opinion.

Estill BARNETT, Taylor Barnett, Donald Strong, French Combs, M. C. Noble, R. B. Barnett, W. J. Turner, Thomas Haddix, F. M. Miller and Farris Hays, Appellants, v. UNITED STATES of America, Appellee.

No. 8449.

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1939.

Chester A. Bach and O. J. Cockrell, both of Jackson, Ky., for appellants.

John T. Meltcalf, of Lexington, Ky., for appellee.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

Came John T. Metcalf, United States Attorney for the Eastern District of Kentucky, and moved the Court to docket and dismiss the appeal in this case, for the reason that the appellants have not perfected same, and the parties having indicated, by counsel, that they desire to take no further steps in the appeal of this case, and the Court being advised;

It is ordered and adjudged that this case be and the same is hereby docketed and dismissed at the cost of the appellants, Estill Barnett, Taylor Barnett, Donald Strong, French Combs, M. C. Noble, R. B. Barnett, W. J. Turner, Thomas Haddix, F. M. Miller and Farris Hays.